CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 27 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRADLEY LOUIS SNELL, ) | Civil Action No. 7:13-cv-00271 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| S.W.VA. REGIONAL JAIL ) | | |
| ATHOR MEDICAL DEPT., ) | By: | Hon. Jackson L. Kiser |
| Defendant. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; the Complaint is

**DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1);

and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 27th day of June, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge